UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

VISION ONE MANAGEMENT GROUP, INC.

Chapter 11
Case No.: 9:15-bk-01189

Debtor.
_____/

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Vision One Management Group, Inc. in the above captioned action, certifies that the following is a Corporation, other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [check if applicable]

2/9/15
Date

Charles PT Phoenix, Esq.
FL Bar No.535591
Rhodes Tucker Phoenix Chartered
2407 Periwinkle Way, Suite 6
Sanibel, Florida  33957
Phone: (239) 461-0101
Fax:    (239) 461-0083
Email: cptp@rhodestucker.com
Attorneys for Debtor

{2928-2928.001 00076737.DOC;1}